FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 30 2019 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Erica Meintzinger on behalf of herself
and all others similarly situated,

                            Plaintiff,

v.                                                      18 cv 6073

Diversified Consultants, Inc.

                            Defendant.

---

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued with prejudice and without attorney fees or costs to either party.

S/ **Joseph Mauro**                          4-29-2019
Joseph M. Mauro                         Date
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

S/ **Kirsten H. Smith**                      4/29/2019
Sessions, Fishman, Nathan & Israel     Date
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002

*[Handwritten:]* The Clerk of the Court shall close this case. So Ordered.

4/30/19

                        s/ Sandra J. Feuerstein
                                  U.S.D.J.